UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSALIO M. GARCIA,

        Plaintiff,

   v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,

        Defendants.
_____/

No. C-12-0615 EMC (pr)

**ORDER OF TRANSFER**

     Rosalio M. Garcia, an inmate at Avenal State Prison, filed this *pro se* civil rights action under 42 U.S.C. § 1983. He complains of events and omissions that occurred at Avenal State Prison, which is located in Kings County, within the venue of the Eastern District of California. The Defendants, most of whom work at the prison, apparently reside in the Eastern District of California. No Defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

     IT IS SO ORDERED.

Dated: April 6, 2012

                                        _____
                                        EDWARD M. CHEN
                                        United States District Judge